WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marion E. Johnston,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ADP TotalSource Incorporated Health and Welfare Plan, et al.,<br><br>　　　　　　　Defendants. | No. CV-12-08168-PCT-JAT<br><br>**ORDER** |

　　　The parties having settled and filed a stipulation to dismiss (Doc. 32),

　　　**IT IS ORDERED** dismissing this matter with prejudice. Each side shall bear its own attorneys' fees and costs.

　　　**IT IS FURTHER ORDERED** denying the parties' cross-motions for summary judgment (Docs. 18 and 19) as moot.

　　　**IT IS FURTHER ORDERED** vacating the oral argument scheduled for January 23, 2014 as moot.

　　　Dated this 22nd day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge